**PETTER INVESTMENTS, DBA**
**Riveer, Plaintiff-Appellant**

v.

**HYDRO ENGINEERING,**
**Defendant-Appellee**

**California Cleaning Systems,**
**Defendant**

2016-2634

United States Court of Appeals,
Federal Circuit.

September 11, 2017

STEPHEN M. LOBBIN, One LLP, Newport Beach, CA, argued for plaintiff-appellant.

MARK A. MILLER, Holland & Hart LLP, Salt Lake City, UT, argued for defendant-appellee. Also represented by BRETT L. FOSTER.

(Dyk, Linn, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**